**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 24-2059**

_____

In re:  RAY A. BLANCHARD,

          Petitioner.

_____

On Petition for Writ of Habeas Corpus.

_____

Submitted:  January 23, 2025                           Decided:  January 27, 2025

_____

Before WILKINSON, WYNN, and THACKER, Circuit Judges.

_____

Petition dismissed by unpublished per curiam opinion.

_____

Ray A. Blanchard, Petitioner Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ray A. Blanchard, a Maryland prisoner, has filed an original petition for a writ of habeas corpus seeking his immediate release from state custody. We dismiss the petition for lack of jurisdiction.

Pursuant to 28 U.S.C. § 2241(a), "[w]rits of habeas corpus may be granted by the Supreme Court, any justice thereof, the district courts and any circuit judge within their respective jurisdictions." But that statute "does not similarly confer jurisdiction on 'courts of appeals.'" *Dragenice v. Ridge*, 389 F.3d 92, 100 (4th Cir. 2004). "Rather it confers jurisdiction on 'any *circuit judge* within their respective jurisdictions.'" *Id.* (quoting § 2241(a)). So "while a *single circuit judge* may entertain a habeas petition, *courts of appeals* may not." *Id.* We thus lack jurisdiction over Blanchard's original habeas petition.[*]

Although we may transfer the petition to the appropriate district court, we conclude that a transfer is not "in the interest of justice." 28 U.S.C. § 1631; *see* 28 U.S.C. § 2241(b). Blanchard previously filed a 28 U.S.C. § 2254 petition challenging the same state court judgment in the United States District Court for the District of Maryland, and the district court denied relief. *Blanchard v. Werner*, No. 1:21-cv-01494-LKG, 2023 WL 8653180, at *9 (D. Md. Dec. 14, 2023), *appeal dismissed sub nom. Blanchard v. Frosh*, No. 24-6372,

---

[*] Even if this court could exercise jurisdiction over Blanchard's habeas petition, we would decline to do so pursuant to our usual practice. *See* 28 U.S.C. § 2241(b) ("The Supreme Court, any justice thereof, and any circuit judge may decline to entertain an application for a writ of habeas corpus and may transfer the application for hearing and determination to the district court having jurisdiction to entertain it.").

2

2024 WL 4471726, at *1 (4th Cir. Oct. 11, 2024).   So the district court would lack jurisdiction to consider this petition.  *See* 28 U.S.C. § 2244(b)(3).

Accordingly, we deny Blanchard's request for the appointment of counsel and dismiss his petition.   We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DISMISSED*